```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 05 B 30373
   MICHAEL JAMES
   MARLENA JAMES                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-9442    SSN XXX-XX-7672

--------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 08/03/2005 and was confirmed 11/09/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 12/17/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT       INTEREST        PRINCIPAL
                                                                PAID            PAID
--------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE   UNSECURED            .00               .00              .00
AMERICREDIT FINANCIAL SV   SECURED         18000.00           3787.03         13045.30
BALABAN FURNITURE          SECURED          1500.00            315.61          1087.11
COOK COUNTY TREASURER      SECURED          1027.61               .00          1027.61
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE     775.52               .00           775.52
COUNTRYWIDE HOME LOANS     CURRENT MORTG       .00               .00              .00
FRANKLIN CREDIT MANAGEME   MORTGAGE ARRE    1442.44               .00          1134.21
FRANKLIN CREDIT MANAGEME   CURRENT MORTG       .00               .00              .00
GREAT AMERICAN FINANCE     SECURED          2000.00            420.76          1449.48
LUTHER FURNITURE & APPLI   SECURED          2000.00            420.76          1449.48
AMERICAN GENERAL FINANCE   SECURED NOT I    1942.00               .00              .00
AMERICAN CASH              UNSECURED       NOT FILED              .00              .00
ASPIRE                     UNSECURED         498.42               .00              .00
CHARTER ONE BANK           UNSECURED       NOT FILED              .00              .00
CHARTER ONE BANK           NOTICE ONLY     NOT FILED              .00              .00
CHECK N GO                 UNSECURED         596.00               .00              .00
CITY OF CHICAGO PARKING    UNSECURED        1100.00               .00              .00
COMED                      UNSECURED       NOT FILED              .00              .00
COMMONWALDTH EDISON        NOTICE ONLY     NOT FILED              .00              .00
ROUNDUP FUNDING LLC        UNSECURED         544.59               .00              .00
PREMIER BANCARD CHARTER    UNSECURED         431.56               .00              .00
GFG LOAN CO                UNSECURED       NOT FILED              .00              .00
ECAST SETTLEMENT CORP      UNSECURED         664.41               .00              .00
HUMANA DENTAL              UNSECURED       NOT FILED              .00              .00
INGALLS HOSPITAL           UNSECURED       NOT FILED              .00              .00
INGALLS MEMORIAL HOSPITA   NOTICE ONLY     NOT FILED              .00              .00
MIDNIGHT VELVET            UNSECURED         386.50               .00              .00
NAZON MEDICAL CO           UNSECURED       NOT FILED              .00              .00
NICOR GAS                  UNSECURED         406.22               .00              .00
AT & T BANKRUPCTY          UNSECURED       NOT FILED              .00              .00
ASSET ACCEPTANCE CORP      UNSECURED        1441.39               .00              .00
SIR FINANCE                UNSECURED         450.00               .00              .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 30373 MICHAEL JAMES & MARLENA JAMES
```

```
SPRINT PCS                     UNSECURED      NOT FILED            .00            .00
MIDWEST VERIZON WIRELESS       UNSECURED         950.05            .00            .00
WASHINGTON SQUARE IMMEDI       UNSECURED      NOT FILED            .00            .00
WELLS FARGO FINANCIAL          UNSECURED        8459.52            .00            .00
BALABAN FURNITURE              UNSECURED        1297.36            .00            .00
LUTHER FURNITURE & APPLI       UNSECURED        1031.92            .00            .00
AMERICREDIT FINANCIAL SV       UNSECURED        3273.77            .00            .00
AMERICAS FINANCIAL CHOIC       UNSECURED        1155.56            .00            .00
AMERICAS FINANCIAL CHOIC       UNSECURED         138.74            .00            .00
GREAT AMERICAN FINANCE         UNSECURED        1065.44            .00            .00
ILLINOIS BELL                  UNSECURED         615.57            .00            .00
AMERICAS FINANCIAL CHOIC       UNSECURED         516.44            .00            .00
AMERICAN GENERAL FINANCE       SECURED           800.00         168.34         579.78
AMERICAN GENERAL FINANCE       UNSECURED         220.00            .00            .00
STEFANS STEFANS & STEFAN       DEBTOR ATTY     2,700.00                       2,700.00
TOM VAUGHN                     TRUSTEE                                        1,884.37
DEBTOR REFUND                  REFUND                                         1,071.42

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                31,316.78

PRIORITY                                                  .00
SECURED                                             20,548.49
    INTEREST                                         5,112.50
UNSECURED                                                 .00
ADMINISTRATIVE                                       2,700.00
TRUSTEE COMPENSATION                                 1,884.37
DEBTOR REFUND                                        1,071.42
                        ---------------       ---------------
TOTALS                 31,316.78                    31,316.78
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
    Dated: 03/09/09         _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE




                            PAGE   2
            CASE NO. 05 B 30373 MICHAEL JAMES & MARLENA JAMES